AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GARY D. HAMMOND,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**U. S. ATTORNEY JEFFREY**      **CASE NO. C2-09-305**
**A. TAYLOR, et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE MARK R. ABEL**

    **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed July 30, 2009, JUDGMENT is hereby entered DISMISSING this action for failure to state a claim.**

Date: July 30, 2009     JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk